# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHEILA SAVOY

NO. 2023 CW 1256

VERSUS

THE STATE OF LOUISIANA,
THROUGH THE LOUISIANA
DEPARTMENT OF HEALTH AND
MARK J. SEMIEN

**JANUARY 29, 2024**

---

In Re:   Louisiana Department of Health and Mark J. Semien,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 738074.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.** The trial court's October 17, 2023 judgment is
not a final and appealable judgment, as it does not resolve the
plaintiff's demand for statutory penalties and is not designated
as a final judgment. <u>See</u> La. Code Civ. P. arts. 1841, 1915.

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT